PAGITT v. PAGITT

No. 117 PC.

Case below: 43 N.C. App. 619.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

SMITH v. SMITH

No. 101 PC.

Case below: 43 N.C. App. 338.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1980.

SNYDER v. FREEMAN

Nos. 280 PC and 123 (Fall Term).

No. 26 (Spring Term).

Case below: 40 N.C. App. 348.

Motion of defendant to dismiss appeal for failure to comply with Rules 41(d)(1) and 15(g)(2) denied 8 January 1980.

STATE v. BARBOUR

No. 76 PC.

Case below: 43 N.C. App. 38.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

STATE v. BLACKMON

No. 164 PC.

Case below: 44 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.